**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JOSEPH CRAWFORD**                                                              **PLAINTIFF**

**V.**                              **CASE NO.: 5:14CV00256 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

<u>**JUDGMENT**</u>

In accordance with the Order entered this day, judgment is hereby entered in favor

of Plaintiff Joseph Crawford and against the Defendant, Carolyn W. Colvin, Acting

Commissioner of the Social Security Administration.

DATED this 13th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE